UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. _____

LEONARD J. RICHARDS,

        Plaintiff,

   v.

ANDREW SAUL, Commissioner of the Social Security Administration; STARTRIBUNE MEDIA COMPLANY LLC; STEPHEN FREDERICK SIMON; BERT BLACK; and anyone acting on behalf of, or in concert with, any of the above named defendants,

        Defendants.

**NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

Defendant Andrew Saul, Commissioner of the Social Security Administration, by his attorneys Erica H. MacDonald, the United States Attorney for the District of Minnesota, and Liles Repp, Assistant United States Attorney, hereby gives notice to the Plaintiff Leonard J. Richards and to the state court as follows:

1.    Andrew Saul is a defendant in a civil action now pending in the Second Judicial District, Ramsey County District Court, entitled Richards v. Saul, et al., and that trial has not yet been had therein.

2.    That the above-entitled action was commenced against Mr. Saul via delivery of a copy of the Summons and Complaint.  Copies of all process and pleadings received are attached hereto and incorporated herein as Exhibit 1.

3.    This notice of removal is filed pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446.  Said action seeks a determination that Mr. Saul, acting in his official capacity

and under the color of federal law, violated the Plaintiff's rights under the United States

Constitution.

WHEREFORE, notice is hereby given that the said action is removed from the state

court into this court for trial or such other determination as this court may make regarding

the action in accordance with its jurisdictional limits under 28 U.S.C. §§ 1441, 1442 and

1446 and Fed. R. Civ. P. 81(c).

Dated:  April 29, 2020

ERICA H. MacDONALD
United States Attorney

 *s/ Liles Repp*

By:  LILES REPP
Assistant U.S. Attorney
Attorney ID Number 0400692
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
(612) 664-5600
liles.repp@usdoj.gov

Attorneys for Defendant Saul


Liles Repp, declares under penalty of perjury as provided by 28 U.S.C. §1746, that he is an Assistant United States Attorney for the District of Minnesota and represents Defendant Saul, named herein; that he has read the foregoing notice and knows the contents thereof; that the same is true of his own knowledge, except as to any matters stated therein on information and belief and as to those matters he believes them to be true.

Dated:  April 29, 2020

s/ Liles Repp
Liles Repp
Assistant United States Attorney

2