UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-1047(DSD/HB)

Leonard J. Richards,

       Plaintiff,

v.                                                              **ORDER**

Andrew Saul, Commissioner of the
Social Security Administration;
Star Tribune Media Company LLC;
Stephen Frederick Simon; Bert
Black; and anyone acting on behalf
of, or in concert with, any of the
above named defendants,

       Defendants.


    This matter is before the court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated October 20, 2020 (R&R). No objections have been filed to the R&R in the time period permitted.

    Accordingly, based on the R&R, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    The R&R [ECF No. 85] is adopted in its entirety;

    2.    Plaintiff's motion for dismissal for lack of federal jurisdiction [ECF No. 77] is granted and the matter is dismissed without prejudice pursuant to Rule 41(a)(1)(A);

    3.    Defendant Star Tribune Media Company LLC's motion to dismiss [ECF No. 25] is denied as moot; and

    4.    The State defendants' motion to dismiss [ECF No. 31] is

denied as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  November 12, 2020        /s David S. Doty
                                 David S. Doty, Judge
                                 United States District Court